**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JEFF McRAE and EMILY McRAE** — **PLAINTIFFS**

**v.** — **CASE NO. 4:24-CV-00865-BSM**

**AUTO-OWNERS INSURANCE COMPANY** — **DEFENDANT**

# JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of July, 2026.

UNITED STATES DISTRICT JUDGE